562

ana denied.  *Mr. Purnell M. Milner* for petitioner.  Mr. *Peter Jung, Sr.,* for respondents.

No. 905. St. Louis-San Francisco Ry. Co. *v.* Martin. May 31, 1932.  Petition for writ of certiorari to the Supreme Court of Missouri denied.  *Messrs. Edward T. Miller* and *Alexander P. Stewart* for petitioner.  *Mr. W. H. Douglass* for respondent.

No. 906. Texas Steel Co. *v.* Railroad Commission of Texas et al.  May 31, 1932.  Petition for writ of certiorari to the Court of Civil Appeals, Third Supreme Judicial District, of Texas, denied.  *Mr. George W. Armstrong* for petitioner.  *Messrs. Fred L. Wallace* and *Wm. E. Allen* for respondents.

No. 909. Angelus Building & Investment Co. *v.* Commissioner of Internal Revenue.  May 31, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.  *Messrs. George Bouchard* and *Joseph D. Brady* for petitioner.  *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key, A. H. Conner,* and *Wm. H. Riley, Jr.,* for respondent.

No. 910. South Norfolk et al. *v.* Maryland Casualty Co.  May 31, 1932.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.  *Messrs. E. A. Bilisoly, Tazewell Taylor, Jr.,* and